**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>          P C D BROWN<br><br>          Debtor(s) | Case No. 14-44439 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/13/2014.

2) The plan was confirmed on 06/18/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 04/27/2017.

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was converted on 12/22/2017.

6) Number of months from filing to last payment: 35.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $20,324.60 |
| Less amount refunded to debtor | $16.03 |

**NET RECEIPTS:** $20,308.57

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,000.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $884.58 |
| Other | $10.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,894.58

Attorney fees paid and disclosed by debtor:       $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE HEALTH CARE | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ALEGIS GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMAN COLLECTION SERVICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| AMERITECH | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| ARROWOOD INDENMITY/US BANK | Unsecured | 16,711.69 | 15,662.45 | 15,662.45 | 2,596.60 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 123.67 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL MANAGEMENT SERVICES | Unsecured | 730.75 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Carico | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CENTRIX FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| CF MEDICAL | Unsecured | 380.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Clear | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION PROFESSIONALS | Unsecured | 63.17 | NA | NA | 0.00 | 0.00 |
| COLLECTO/CREDIT PAC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COLLECTO/CREDIT PAC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| COOK COUNTY & HEALTH HOSPITAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Cooking Club of America | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS/HSBC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS INC | Unsecured | 900.72 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| EVERGREEN EMERGENCY SERVICES | Unsecured | 169.00 | 797.45 | 797.45 | 105.85 | 0.00 |
| FIRST NATIONAL BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| First National Collection Bureau | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| FMS INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| HOLY CROSS HOSPITAL | Unsecured | 401.00 | NA | NA | 0.00 | 0.00 |
| Hospital Radiology Service | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Hospital Radiology Service | Unsecured | 270.90 | NA | NA | 0.00 | 0.00 |
| IL STATE DISBURSEMENT UNIT | Priority | 2,642.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS VALLEY ORTHOPEDICS | Unsecured | 1,561.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 43.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | 1,916.00 | NA | NA | 0.00 | 0.00 |
| KEVIN L STRING | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| LASALLE POLICE DEPT | Unsecured | NA | 34.51 | 34.51 | 0.00 | 0.00 |
| LASALLE STATE BANK | Unsecured | 217.68 | 236.66 | 236.66 | 35.94 | 0.00 |
| LVNV FUNDING | Unsecured | 988.58 | NA | NA | 0.00 | 0.00 |
| MALCOLM S GERALD & ASSOC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MCM | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MCS COLLECTIONS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MCS COLLECTIONS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MCS COLLECTIONS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| MONTEREY FINANCIAL SVC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE ACCEPTANCE | Unsecured | 447.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE LOANS | Unsecured | 1,707.00 | 2,542.13 | 2,542.13 | 421.45 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PLAZA ASSOCIATES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PLAZA ASSOCIATES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FINANCIAL SERVICES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE RECOVERY TECHNIQ | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PROVIDIAN BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Pure Vive | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| PYOD LLC | Unsecured | 1.00 | 1,890.80 | 1,890.81 | 313.48 | 0.00 |
| RADIOLOGICAL PHYSICIANS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY & NUCLEAR CONS LTD | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY IMAGING SPECIALISTS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY PHYSICIANS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Secured | 16,870.09 | 19,426.17 | 19,426.17 | 9,294.02 | 2,426.74 |
| REGIONAL ACCEPTANCE CORP | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORP | Unsecured | NA | 375.00 | 375.00 | 62.17 | 0.00 |
| RISK MANAGEMENT ALTERNATIVES | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| River City Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RJM ACQUISITIONS | Unsecured | 1,026.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| RMCB | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Rush Prudential | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| Speedy Cash | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| Speedy Cash | Secured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 1.00 | 951.48 | 951.48 | 157.74 | 0.00 |
| Standard Bank | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| SUNRISE CREDIT SERVICES INC | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TABAKS HEALTH PRODUCTS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TATE & KIRLIN | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| TCF BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY SURGEONS | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 1.00 | 6,185.08 | 6,185.08 | 0.00 | 0.00 |
| Wellpoint Health | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |
| WOODFOREST NATIONAL BANK | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| WOW INTERNET & CABLE | Unsecured | 1.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,426.17 | $9,294.02 | $2,426.74 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,426.17** | **$9,294.02** | **$2,426.74** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$28,675.57** | **$3,693.23** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,894.58 |
| Disbursements to Creditors | $15,413.99 |
| **TOTAL DISBURSEMENTS:** | **$20,308.57** |

12)   The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 01/05/2018                           By: /s/ Tom Vaughn
                                                                    Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**